## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In Re:**

**Debra Middleton,**                                    **Chapter 13**
**Rodger Middleton,**
**Debtors,**                                            **Case No. 17-14554**

_____

## OPPOSITION BY DEBTORS TO MOTION FOR RELIEF FROM AUTOMATIC STAY
## BY FEDERAL NATIONAL MORTGAGE ASSOCIATION

Now come the Debtors and oppose the Motion for Relief from Automatic Stay filed by Federal National Mortgage Association.  In support of this Opposition the Debtors state as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Admitted.

9.      Admitted.

10.     Neither admitted nor denied as Debtors are uncertain as to the exact balance owed.

11.     Admitted.

12.     Admitted.

13.     Admitted.

14.     Admitted.

15.     Admitted, but the Debtors can cure the arrears within three months.

16.     Neither admitted nor denied as Debtors are uncertain how the payment was applied and they did make a payment in full at the end of September 2018.

17.     Admitted, but the Debtors can cure the arrears within three months.

18.     Admitted.

19.     Denied as the property is Debtors' residence, where they reside with their four children.

20.     Denied as the Debtors can cure the arrears within six months.

WHEREFORE, the Debtors request the court find as follows:

1.     The Motion for Relief filed by Federal National Mortgage Association be denied.

2.     For such other relief as the court deems just.

Debtors,
By their attorney,

Dated: October 15, 2018

/s/ John Ullian
John Ullian, Esq.
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980
BBO No. 542786

## CERTIFICATE OF SERVICE

 I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **OPPOSITION BY DEBTORS TO MOTION FOR RELIEF FROM AUTOMATIC STAY BY SPECIALIZED LOAN SERVICING LLC** by ECF or by mailing a copy of same postage prepaid to the following interested parties:

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Rodger & Debra Middleton
88 Quincy Street
Brockton, MA 02302

Federal National Mortgage Association
Joshua ryan-Polczinski, Esq.
Harmon Law Offices PC
PO Box 610389
Newton MA 02461

Date: October 15, 2018

/s/ John Ullian
John Ullian, Esq.
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980
BBO No. 542786